1
2
3
4
5
6
7
8    **IN THE UNITED STATES DISTRICT COURT**
9    **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Criminal Case No. 13CR1676-BEN |
| 12                    Plaintiff, | ORDER |
| 13          v. | |
| 14  LUIS CORONA-CASTANOS (1), | |
| 15                    Defendant. | |

16

17    No objections having been filed, **IT IS ORDERED** that the Findings and

18  Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA

19  OF GUILTY to Count 1 of the Information.

20

21  DATED:  June 25, 2013

22  _____

23  Hon. Roger T. Benitez
     United States District Judge

24
25
26
27
28
                                                                                  13CR1676-BEN